IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHARLES WALDREP,

      Appellant,

v.

                                       Case No. 5D23-1412
                                       LT Case No. 2023-DR-1647-DVX

KAYLA KOREY,

      Appellee.

_____/

Opinion filed August 8, 2023

Appeal from the Circuit Court
for Duval County,
Steven Fahlgren, Judge.

Charles Waldrep, Satsuma, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED. See Fla. R. App. P. 9.315(a).

EDWARDS, C.J., JAY and KILBANE, JJ., concur.